IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO.: 5:21-cr-3 |
| ASHLEY MARSHALL CARTER, | |
| Defendant. | |

## ORDER

The Court entered an Amended Scheduling Order in this case on July 13, 2021. Doc. 36. Under the current schedule in the case, the parties' pretrial motions were due filed on or before September 7, 2021. There being no pretrial motions pending in this case, the parties are **ORDERED** to file a Joint Status Report with the Court stating whether this case is ready to be set for trial. The Status Report shall be filed **on or before September 22, 2021.**

**SO ORDERED**, this 17th day of September, 2021.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA