IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ASHLEY MARSHALL CARTER,<br><br>Defendant. | CASE NO.: 5:21-cr-3 |

**O R D E R**

This matter is before the Court on Government's Motion for Protection During Criminal Trial.  Doc. 54.  After careful consideration and for good cause shown, the Government's Motion, doc. 54, is **GRANTED**.  Assistant United States Attorney Tara Lyons will not be required to appear in this case from January 20, 2022 through and including February 25, 2022.

**SO ORDERED**, this 10th day of January, 2022.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA