IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO.: 5:21-cr-3 |
| ASHLEY MARHALL CARTER, | |
| Defendant. | |

**O R D E R**

This matter is before the Court on Defendant's Motion to Vacate Under 28 U.S.C. § 2255.  Doc. 105.  On April 9, 2024, the Court conducted a hearing on Defendant's Motion.  At the outset of the hearing, defense counsel announced Defendant would stipulate to withdraw his Motion to Vacate, doc. 105, if the Government would allow Defendant to file an out-of-time appeal of his sentence imposed on October 3, 2022.  Doc. 102.  The Government indicated during the hearing it would not concede the merits of ground five set out in Defendant's Motion but would not oppose Defendant's request to file an out-of-time appeal.[1]  Doc. 105.  After hearing from the parties, the Court explained Defendant's § 2255 Motion would remain pending at this time, but the Court would allow Defendant to file a motion for leave to file an out-of-time appeal.  This Order memorializes that ruling.

As explained at the April 9, 2024 hearing, Defendant shall file his motion for leave to file an out-of-time appeal **on or before April 16, 2024**.  The Government will have 14 days from the filing of the motion to respond.  Any forthcoming motion for leave to file an out-of-time appeal should address the relevant provisions of Federal Rules of Appellate Procedure, particularly Rule

---

[1]   In ground five, Defendant contends he asked his attorney to file an appeal after he was sentenced, but his attorney failed to do so.

4(b).  See United States v. Gaddy, Nos. 20-10280 & 20-13859, 2021 WL 4860922, at *1 (11th Cir. Oct. 19, 2021) (noting a district court may extend the time for a defendant to file a notice of appeal for 30 days upon a finding of excusable neglect of good cause).  The Court will take the matter under advisement once Defendant's motion to file an out-of-time appeal has been filed and fully briefed.

Defendant will remain in the custody of the United States Marshals until resolution of Defendant's motion to file an out-of-time appeal.

**SO ORDERED**, this 10th day of April, 2024.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA